Michael J. Warren  
600 University St. Ste. 1730  
Seattle, WA 98101  
(206) 340-2008

Honorable Samuel J. Steiner  
Chapter 13  
Hearing Date: April 20, 2011  
Hearing Time: 9:30 a.m.

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In re:

PHILIP EDWIN NIEMEYER and ZITA MARIE NIEMEYER,

Debtors.

Chapter 13  
No. 10-25243-SJS

REPONSE TO OBJECTION TO CLAIM OF IT GLOBAL VENTURES, LLC

## I. BASIS FOR CLAIM.

Claimant IT Global Ventures, LLC and its predecessor, Scott Ingebretson, lent substantial monies to Debtor and his son, Clark Niemeyer, in connection with a restaurant known as The Vessel Lounge. The Niemeyers defaulted on the loan, and litigation was commenced under King County Superior Court Cause No. 09-2-03328-5 SEA. On April 30, 2009, the parties entered into a Settlement Agreement, settling the litigation, a copy of which is attached hereto. The Settlement Agreement provided for monthly payments to be made to Claimant, IT Global Ventures, LLC, with a balloon payment in May 2010. The balloon payment date was extended by agreement of the Claimant herein, but has never been made.

REPONSE TO OBJECTION TO CLAIM OF IT GLOBAL VENTURES, LLC **- 1**



One Union Square, Suite 1730  
600 University St., Seattle, WA 98101  
phone 206-340-2008 | fax 206-340-1962  
www.PivotalLawGroup.com

The other obligors on the Settlement Agreement are either judgment proof or bankrupt as well.

Philip Niemeyer seeks to avoid Claimant's claim, alleging that it is a separate claim against Philip Niemeyer. However, this objection is factually and legally inaccurate. Nowhere in the Settlement Agreement does it provide that it is a separate debt of Philip Niemeyer. While Zita Niemeyer did not execute the Settlement Agreement, this does not mean that this is a separate obligation.

Indeed, under RCW 26.16.030, if the property (here, the Vessel Lounge) and the debts related thereto were acquired during marriage, the property and the debt would be a community asset, subjecting community property to the liabilities related thereto.

Claimant requests this Court order this claim converted to an adversary action to determine whether the obligation here was a separate obligation of Philip Niemeyer or a community obligation of both debtors.

DATED this 11th day of April 2011.

**PIVOTAL LAW GROUP, PLLC**

/s/ Michael J. Warren

By: _____
Michael J. Warren, WSBA #14177
Attorney for Claimant

REPONSE TO OBJECTION TO CLAIM OF IT GLOBAL VENTURES, LLC **- 2**



One Union Square, Suite 1730
600 University St., Seattle, WA 98101
phone 206-340-2008 | fax 206-340-1962
www.PivotalLawGroup.com